

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TONY DEMITRIUS JONES,<br><br>Defendant. | Case No. 2:17-CR-00176-JGB<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |
|---|---|

    On April 20, 2022, Defendant Tony Demitrius Jones made his initial appearance on the warrant for arrest issued on September 3, 2021. Peter Swarth of the Indigent Defense Panel was specially appointed to represent Defendant for the initial appearance, and David Reed of the Indigent Defense Panel was appointed to represent Defendant. A detention hearing was held on.

    Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ the original term of supervision imposed in this case on January 28, 2019 was revoked on November 20, 2020; the two petitions set forth 16 alleged violations of the terms and conditions of supervised release, including alleged failure to report for substance abuse counseling and alleged termination from a substance abuse treatment counseling program for violation of its rules and regulations; issuance of a bench warrant for failure to appear at supervised release revocation hearing.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petitions, history of prior revocations and warrants, noncompliance, and substance abuse history.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: April 20, 2022

PATRICIA DONAHUE
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE